IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| WILLIAM HERBERT VILLAR, | : |
|---|---|
| Plaintiff, | : |
| v. | : CIVIL ACTION 11-0106-CG-M |
| TONY PATTERSON, et al., | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 24th day of October, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE